IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 25- |
| v. | : | DATE FILED: May 22, 2025 |
| EDWIN APONTE<br>JOSE POLANCO-LOPEZ<br>MIGUEL GONZALEZ<br>CHRISTOPHER FERNANDEZ<br>JOSE RODRIGUEZ-PERALTA | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | VIOLATIONS:<br>18 U.S.C. § 2119 (carjacking – 1 count)<br>18 U.S.C. § 1201(a) (kidnapping – 2 counts)<br>18 U.S.C. § 924(c)(1)(A)(ii) (using, carrying, and brandishing a firearm during and in relation to a crime of violence – 1 count)<br>21 U.S.C. § 841(a)(1), (b)(1)(C) (possession with intent to distribute a controlled substance – 1 count)<br>18 U.S.C. § 922(g)(1)((possession of a firearm by a felon – 1 count<br>18 U.S.C. § 924(c)(1)(A)(i) (possession of a firearm in furtherance of a drug trafficking crime – 1 count)<br>18 U.S.C. § 2 (aiding and abetting)<br>Notices of forfeiture |

**INDICTMENT**

**COUNT ONE**

THE GRAND JURY CHARGES THAT:

    On or about June 3, 2024, in Philadelphia, in the Eastern District of Pennsylvania, defendants

**EDWIN APONTE,**
**JOSE POLANCO-LOPEZ,**
**MIGUEL GONZALEZ,**
**CHRISTOPHER FERNANDEZ,**
and
**JOSE RODRIGUEZ-PERALTA,**

with intent to cause death and serious bodily harm, took, and aided and abetted the taking, from the person and presence of D.P. and R.G., by force and violence, and by intimidation, a motor vehicle, that is, a U-Haul Truck, specifically, a 2010 Ford Econoline bearing VIN 1FDXE4FS1ADA91995 and Arizona license plate AE06437, that had been transported, shipped, and received in interstate commerce.

In violation of Title 18, United States Code, Sections 2119 and 2.

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about June 3, 2024, in Philadelphia, in the Eastern District of Pennsylvania, defendants

**EDWIN APONTE,
JOSE POLANCO-LOPEZ,
MIGUEL GONZALEZ,
CHRISTOPHER FERNANDEZ,
and
JOSE RODRIGUEZ-PERALTA**

knowingly, willfully, and unlawfully seized, confined, kidnapped, abducted, carried away, and held, and aided and abetted the unlawful seizing, confining, kidnapping, abducting, carrying away, and holding of, D.P., a person known to the grand jury, for ransom, reward, and otherwise, that is, for the purpose of robbing and carjacking D.P., and, in committing the offense, used a means, facility, and instrumentality of interstate commerce, that is, cellular telephones and a 2021 Jeep Grand Cherokee bearing VIN 1C4RJFAG1MC709429, that had been transported, shipped, and received in interstate commerce.

In violation of Title 18, United States Code, Sections 1201(a)(1) and 2.

## COUNT THREE

THE GRAND JURY FURTHER CHARGES THAT:

On or about June 3, 2024, in Philadelphia, in the Eastern District of Pennsylvania, defendants

**EDWIN APONTE,
JOSE POLANCO-LOPEZ,
MIGUEL GONZALEZ,
CHRISTOPHER FERNANDEZ,
and
JOSE RODRIGUEZ-PERALTA**

knowingly, willfully, and unlawfully seized, confined, kidnapped, abducted, carried away, and held, and aided and abetted the unlawful seizing, confining, kidnapping, abducting, carrying away, and holding of, R.G., a person known to the grand jury, for ransom, reward, and otherwise, that is, for the purpose of robbing and carjacking R.G., and, in committing the offense, used a means, facility, and instrumentality of interstate commerce, that is, cellular telephones and a 2021 Jeep Grand Cherokee bearing VIN 1C4RJFAG1MC709429, that had been transported, shipped, and received in interstate commerce.

In violation of Title 18, United States Code, Sections 1201(a)(1) and 2.

## COUNT FOUR

**THE GRAND JURY FURTHER CHARGES THAT:**

      On or about June 3, 2024, in Philadelphia, in the Eastern District of Pennsylvania, defendants

**EDWIN APONTE,
JOSE POLANCO-LOPEZ,
MIGUEL GONZALEZ,
CHRISTOPHER FERNANDEZ,
and
JOSE RODRIGUEZ-PERALTA**

knowingly used, carried, and brandished, and aided and abetted the use, carrying, and brandishing of, a firearm during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, that is, carjacking, and aiding and abetting, in violation of Title 18, United States Code, Sections 2119 and 2, as charged in Count One of this indictment.

      In violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2.

## COUNT FIVE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about July 3, 2024, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**MIGUEL GONZALEZ**

knowingly and intentionally possessed with intent to distribute fentanyl, a Schedule II controlled substance, a mixture and substance containing a detectable amount of cocaine base ("crack"), a Schedule II controlled substance, and cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(C).

## COUNT SIX

THE GRAND JURY FURTHER CHARGES THAT:

On or about July 3, 2024, in Philadelphia, in the Eastern District of Pennsylvania, defendant

## MIGUEL GONZALEZ

knowingly possessed a firearm, that is, a Winchester Model 9422 lever action rifle, caliber 22 Long Rifle, bearing serial number F94949, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(C) as charged in Count Five of this indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT SEVEN

THE GRAND JURY CHARGES THAT:

On or about July 3, 2024, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**MIGUEL GONZALEZ,**

knowing he had previously been convicted in a court of the Commonwealth of Pennsylvania of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, a Winchester Model 9422 lever action rifle, caliber 22 Long Rifle, bearing serial number F94949, loaded with 10 live rounds of caliber 22 Long Rifle ammunition, and the firearm was in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

## NOTICE OF FORFEITURE NO. 1

THE GRAND JURY FURTHER CHARGES THAT:

1. As a result of the violations of Title 18, United States Code, Sections 2119, and 924(c)(1), set forth in this indictment, defendants

**EDWIN APONTE,**
**JOSE POLANCO-LOPEZ,**
**MIGUEL GONZALEZ,**
**CHRISTOPHER FERNANDEZ,**
and
**JOSE RODRIGUEZ-PERALTA**

shall forfeit to the United States of America any property, real or personal, that constitutes or is derived from proceeds traceable to the commission of such violations, including, but not limited to, the sum of $24,850.

2. If any of the property subject to forfeiture, as a result of any act or omission of the defendant:

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the Court;

    (d) has been substantially diminished in value; or

    (e) has been comingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property subject to forfeiture.

All pursuant to Title 21, United States Code, Section 853.

## NOTICE OF FORFEITURE NO. 2

**THE GRAND JURY FURTHER CHARGES THAT:**

As a result of the violations of Title 18, United States Code, Sections 922(g)(1) and 924(c)(1), as set forth in this indictment, defendant

**MIGUEL GONZALEZ**

shall forfeit to the United States of America, the firearm and ammunition involved in the commission of the offenses, including, but not limited to:

1. a Winchester, Model 9422 lever action rifle, caliber 22 Long Rifle, bearing serial number F94949;
2. forty-seven live rounds of caliber 22 Long Rifle ammunition;
3. eleven live rounds of 380 auto ammunition; and
4. fourteen rounds of 9mm Luger ammunition.

All pursuant to Title 28, United States Code, Section 2461(c) and Title 18, United States Code, Section 924(d).

GRAND JURY FOREPERSON

_____
**DAVID METCALF**
**United States Attorney**

No. _ _ _ _ _ _ _ _ _ _ _

UNITED STATES DISTRICT COURT

Eastern District of Pennsylvania

Criminal Division

THE UNITED STATES OF AMERICA

vs.

EDWIN APONTE, JOSE POLANCO-LOPEZ, MIGUEL GONZALEZ, CHRISTOPHER FERNANDEZ, and JOSE RODRIGUEZ-PERALTA

INDICTMENT
Counts

18 U.S.C. § 2119 (carjacking – 1 count); 18 U.S.C. § 1201(a) (kidnapping – 2 counts); 18 U.S.C. § 924(c)(1)(A)(ii) (using, carrying, and brandishing a firearm during and in relation to a crime of violence – 1 count); 21 U.S.C. § 841(a)(1), (b)(1)(C) (possession with intent to distribute a controlled substance – 1 count); 18 U.S.C. § 922(g)(1)(possession of a firearm by a felon – 1 count); 18 U.S.C. § 924(c)(1)(A)(i) (possession of a firearm in furtherance of a drug trafficking crime – 1 count); 18 U.S.C. § 2 (aiding and abetting) Notices of forfeiture



Bail, $ _____