IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

INDICTMENT

DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff:     615 Chestnut Street, Suite 1250, Philadelphia, PA 19106-4476

Post Office: __Philadelphia__                    County: __Philadelphia__

City and State of Defendant:     Philadelphia, PA

County: __Philadelphia__                         Register number)

Place of accident, incident, or transaction:     Eastern District of Pennsylvania

Post Office: Philadelphia                        County: Philadelphia

RELATED CASE, IF ANY:
Criminal cases are deemed related when the answer to the following question is "yes".
    Does this case involve a defendant or defendants alleged to have participated in the same action or transaction, or in the same series of acts or transactions, constituting an offense or offenses?

    YES/NO: No

    Case Number: N/A                             Judge: N/A

CRIMINAL:    (Criminal Category - FOR USE BY U.S. ATTORNEY ONLY)

1.    ○ Antitrust

2.    ○ Income Tax and other Tax Prosecutions

3.    ○ Commercial Mail Fraud

4.    ○ Controlled Substances

5.    ○ Violations of 18 U.S.C. Chapters 95 and 96 (Sections 1951-55 and 1961-68) and Mail Fraud other than commercial

6.    ● General Criminal
      (U.S. ATTORNEY WILL PLEASE DESIGNATE PARTICULAR CRIME AND STATUTE CHARGED TO BE VIOLATED AND STATE ANY PREVIOUS CRIMINAL NUMBER FOR SPEEDY TRIAL ACT TRACKING PURPOSES)

**18 U.S.C. § 2119 (carjacking – 1 count); 18 U.S.C. § 1201(a) (kidnapping – 2 counts); 18 U.S.C. § 924(c)(1)(A)(ii) (using, carrying, and brandishing a firearm during and in relation to a crime of violence – 1 count); 21 U.S.C. § 841(a)(1), (b)(1)(C) (possession with intent to distribute a controlled substance – 1 count); 18 U.S.C. § 922(g)(1)((possession of a firearm by a felon – 1 count; 18 U.S.C. § 924(c)(1)(A)(i) (possession of a firearm in furtherance of a drug trafficking crime – 1 count); 18 U.S.C. § 2 (aiding and abetting); Notices of forfeiture**

DATE: __5/22/25__            /s/ Nicholas E. Freeman
                             Nicholas E. Freeman
                             Special Assistant United States Attorney

File No. 2024R00436
U.S. v. Edwin Aponte, et al

Edwin Aponte
3722N. 8th Street
Philadelphia PA 19140

Jose Polanco-Lopez
633 Walker Street 1st Floor
Philadelphia, PA 19136

Miguel Gonzalez
1851 Hart Lane, 2nd Foor,
Philadelphia PA 19134

Jose Rodriguez-Peralta
5114 Castor Avenue, Apt. 1B,
Philadelphia PA 19124

Christopher Fernandez
752 Byberry Road,
Philadelphia PA 19116