# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

| United States of America | ) | | |
|---|---|---|---|
| v. | ) | Case No. | 25-227-5 |
| | ) | | |
| | ) | | |
| | ) | | |
| JOSE RODRIGUEZ-PERALTA | ) | | |
| *Defendant* | | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* JOSE RODRIGUEZ-PERALTA

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
18:2119 AND 2 - CARJACKING, AIDING AND ABETTING
18:12019(a)(1) AND 2 - KIDNAPPING, AIDING AND ABETTING
18:924(c)(1)(A)(ii) AND 2 - USING, CARRYING AND BRANDISHING A FIREARM DURING AND IN RELATION TO A CRIME OF VIOLENCE, AIDING AND ABETTING

Date: 05/22/2025

George Wylesol, Clerk of Court
U.S. District Court, Eastern District of PA

Mark Ciamaichelo, Deputy Clerk
*Issuing officer's signature*

City and state: Philadelphia, PA

George V. Wylesol, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* 5/22/2025, and the person was arrested on *(date)* 5/29/2025
at *(city and state)* PHILADELPHIA, PENNSYLVANIA.

Date: 5/29/2025

*Arresting officer's signature*

JAMES C. HUGHES, ATF SA #6158
*Printed name and title*